IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,         :

       Plaintiff,

                                  Case No. 3:14-CV-199

    v.                   :        JUDGE WALTER H. RICE

BARBARA GORMAN,        :

       Defendant.        :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #4);
OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #5);
DISMISSING COMPLAINT (DOC. #3) WITH PREJUDICE; DENYING
LEAVE TO APPEAL *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by Chief United

States Magistrate Judge Sharon L. Ovington, in her July 25, 2014, Report and

Recommendations (Doc. #4), as well as upon a thorough *de novo* review of this

Court's file and the applicable law, this Court ADOPTS said judicial filing in its

entirety, and OVERRULES Plaintiff's Objections thereto (Doc. #5).  Plaintiff's

Complaint (Doc. #3) is DISMISSED WITH PREJUDICE.  In short, Plaintiff's case

fails due to the principle of *res judicata*, the *Rooker-Feldman* doctrine and judicial

immunity.


Judgment will be entered in favor of Defendant and against Plaintiff.

Given that any appeal of this Order would not be taken in good faith, and that same would be *objectively* frivolous, pursuant to the doctrines of *Rooker-Feldman* and absolute judicial immunity, Plaintiff is DENIED leave to appeal *in forma pauperis.*

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: August 12, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2